UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | |
| OF THE UNITED STATES OF AMERICA ) | Magistrate Judge's No. <u>20-MJ-5188</u> |
| FOR AN ORDER AUTHORIZING THE ) | |
| INSTALLATION AND USE OF ) | |
| SURVEILLANCE CAMERAS ) | |

\* \* \* \* \*

## APPLICATION

1. The United States of America, by counsel, Assistant United States Attorney Erin Roth, moves the Court, pursuant to 28 U.S.C. § 1651(a), to grant an order which: (1) authorizes the installation of and use for sixty days surveillance cameras on the utility poles identified below; (2) orders that LG&E/Kentucky Utilities, and their agents and employees, make no disclosure of the existence of the application and order for the installation of the surveillance cameras unless authorized to do so by this Court; and (3) seals this Application and the Court's orders pending further order of the Court.

2. The United States seeks an order authorizing the installation and use of surveillance cameras on a utility pole maintained by LG&E/Kentucky Utilities, located near 3289 Royal Troon Rd., Lexington, Fayette County, Kentucky, 40504. The location was confirmed by FBI Special Agent Isaac Robison. The pole is located near the public sidewalks on Royal Troon Road, near the residence 3289 Royal Troon Rd., Lexington, Kentucky. Attachment A to this Application contains an image of the property and surrounding area. Special Agent David Lowery obtained the image from Google Maps and has personally viewed the pole and surrounding area. The image provided from Google Maps is a fair and accurate representation of 3289 Royal Troon Rd., Lexington, Kentucky, 40504 and surrounding area.

3. In support of this Application, the United States submits the following, which is based on information collected during an investigation into Fantasys Escorts Service ("FES"), an organization offering commercial sex acts in various states and offering to facilitate the interstate travel of women for commercial sex. Special agents from the Federal Bureau of Investigation (FBI) are investigating Michael Comberger and others, for Mann Act violations, in violation of 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Law enforcement believes Comberger is likely using this location, in part, to conduct FES business operations and to meet with women offering commercial sex acts through FES.

4. The information set forth below was provided by Special Agent Isaac Robison and other law enforcement officers. It is not meant to be a complete recitation of the facts spanning the entire investigation, and is to be used only to establish that the authorization of the pole camera is necessary and material to the on-going investigation. Any first person language used refers to Special Agent Isaac Robison.

5. FES uses a publicly available website, located at fantasysescortservice.com, as the primary means of advertising women available for commercial sex in various states, including, but not limited to, Kentucky, Tennessee, Indiana, Virginia, and Ohio. Special Agent Robison has reviewed the publicly available information on the primary website used for the business. The website requires no username or password to access any portion or information located on the website. The site showcases various female escorts in several different locations around the United States. The main page of the website has escorts listed with a picture in a grid style table. Each escort's name is a link to her personal profile with more pictures, biographical information, hourly rates, and a small amount of background information. All pictures provided of escorts either cut the picture off to remove the face or place a star over the individual's face. The

biographical section provides information such as a name, waist and bust size, height and weight, a short personal description, pictures, rates, and locations and availability for the escort.

6. FES's website also contains a link for customer verification, a fillable page requesting personally identifying information. The link also contains instructions for the verification process, and warnings. Warnings include; if any intentionally false information is provided or if the user shares their customer code or exclusive phone number, the user will automatically be blocked and barred from ever using FES in the future. The website also contains a section for women seeking employment with FES. The employment section has a link to a fillable page for personally identifying information, and states any applicant is required to provide recent photographs. Photographs are required to be authentic and recent, any applicant that provides altered photographs will not be considered.

7. Special Agent Robison began investigating FES after receiving information regarding the availability of commercial sex acts from women facilitated by FES, as relayed from a Confidential Witness, CW1.  On December 17, 2019 CW1 met with members of the investigative team in a proffer session to discuss knowledge concerning potential human trafficking and prostitution services in Lexington, KY. CW1 stated that, beginning in or around 2014, he used FES to procure women for commercial sex several times over a four to five year period of time. CW1 discovered FES on the internet, through their website, www.fantasyescortservice.com. CW1 stated that all of the information and services advertised on the website appeared accurate.  CW1 stated he was required to pass a verification process through FES before he was able to call and make any appointments with escorts. The verification process required him to fill out all basic personal identifiers such as name and date of birth, and

work information. FES called and confirmed his employment status. Prior to verification, the phone number 615-592-6781 was provided as the means of contact for FES.

8. After verification, CW1 was provided with a new telephone number, 859-552-4063, and point of contact, "Mike", to contact to make appointments. "Mike" was described as the owner, operator, and point of contact for FES. CW1 was also provided with a unique customer code required to make appointments. CW1 stated they could not remember exactly how they received the unique customer code and instructions for making appointments, but believed it was by email. When an appointment was desired, CW1 stated he called 859-552-4063 and left a message stating his customer code, the desired escort's name, and the date and time desired. A short time later CW1 would receive a phone call confirming the appointment or stating the desired escort was unavailable.

9. CW1 stated he used at least nine different women on approximately 12 different occasions from 2014 to 2018. CW1 used FES to have women come to a location, arranged and paid for by CW1, and participate in sexual acts in exchange for money. CW1 stated he used FES for commercial sex in Kentucky and Tennessee. CW1 described a typical meeting as follows: the escort entered the designated room (normally a hotel room secured by CW1), requested the payment upfront (he always paid in cash), the escort would make a phone call to an unknown individual stating all was well and payment had been received, the escort would change clothing, and then the escort would perform whatever commercial sex act CW1 desired for the designated period of time. CW1 advised FES offered services on an hourly basis, but over nights and weekends were available. CW1 stated that, on one occasion, he requested an escort he had previously used in Kentucky to come meet him in Tennessee. "Mike" told CW1 that transporting an escort to Tennessee was possible, but that the desired escort was unable to currently make the

trip. CW1 stated FES was a "very professional" organization and that the commercial sex acts that they offered were 100% as advertised on their website. The only reason CW1 stopped using FES was because prices for commercial sex acts with FES were very expensive, and the CW1 found less expensive options for commercial sex.

10. In response to the allegations made by CW1, your affiant researched if there had been prior complaints made to law enforcement regarding FES and found complaints that had been made as early as 2005. In an interview with the FBI in 2005, Confidential Witness #2 (CW2) made statements relating to an individual he named as "Mike". Mike was purchasing a vehicle in 1999 from CW2, and after a short conversation, Mike told CW2 that he owned an escort company named FES. Mike offered his services and CW2 accepted, purchasing women for the purposes of commercial sex around 20 times. Before CW2 could become a customer, he had to pass a verification process that involved a background check, purportedly done by a connection Mike had with a Sheriff's Department employee. For the verification process CW2 was required to send Mike a copy of his driver's license. CW2 stated he most often used the Days Inn off of exit 110 in Lexington, KY. Research revealed there has never been a Days Inn off exit 110 in Lexington, however, there was a Days Inn off exit 113 during the referenced time frame.

11. In 2008, the FBI Louisville Field Office received another complaint about a woman who was allegedly working for a Michael Comberger of FES. The complainant stated his girlfriend was found to be working for Comberger when he searched her phone. According to the complainant, his girlfriend worked as an escort for FES in West Virginia but lived in Kentucky.

12. In 2012, an anonymous complaint was sent to FBI locations in Memphis, Louisville, and Head Quarters concerning FES. The complaint stated a Mike Allan had personally spoken with the writer and bragged on numerous occasions about running his prostitution business

through various states and cities around the country with the help and advice of local law enforcement. The writer stated FES was headquartered in Lexington, KY and gave 615-592-6781 as the contact number for FES. The letter also names www.kentuckyescorts.net, www.kentuckyfantasies.net, www.fantasyescortguide.com, and www.fantasyescortservice.com as potential websites used by FES.

13. Confidential Witness #3 (CW3) was identified during the investigation as someone that had potentially worked for FES. CW3 was interviewed at her place of employment on February 2, 2020. CW3 stated that she did work for FES in the mid-1990s and identified the owner and operator of FES to be man by the name of Michael Comberger. CW3 also stated she had a romantic relationship with Comberger while working for him and FES. She stated that Comberger and FES offered women to meet with customers for the purposes of stripping off their clothing and/or acting out other sexual fantasies requested by the customer. CW3 stated that she never performed commercial sex acts on any customers but was aware of other employees or escorts of FES that performed commercial sex acts for their customers. CW3 stated she felt that many customers believed they were going to have sex with CW3 or it was expected. CW3 described Comberger as a "predator" and stated that he manipulated people to do what he wanted them to do. CW3 stated Comberger had physically attacked her on two different occasions while they were romantically involved.

14. Open source research has found that, in addition to their website, FES utilizes other websites to place advertisements for their services and to advertise employment opportunities. The most commonly utilized website by FES for these purposes was www.skipthegames.com. Open source research revealed FES posts advertisements and escort employment opportunities nearly every week, with the contact number 615-592-6781. On www.skipthegames.com FES

posts advertisements in specific locations such as skipthegames Lexington, KY. Advertisements have been made in several states including Kentucky, Tennessee, Ohio, Indiana, West Virginia, North Carolina, South Carolina, Alabama, Georgia, Florida, Virginia, Washington, D.C., Texas, Missouri, California, Arkansas, Minnesota, New York, Alaska, and Hawaii,  At the time of this affidavit the latest post was July 29, 2020.

15. FES's website, www.fantasyescortservice.com, also provides a link, and directs potential FES customers to, FES's Twitter account: @fantasysescorts.  The website informs customers that FES's Twitter account @fantasysescorts will have the most current information and location schedules for FES escorts and often lists girls and different states where they will be located on a particular date.

16. Pictures were also provided with tweets, all pictures were cropped to remove faces, or a star was placed over the face. Any other potentially identifiable marks, such as tattoos, in the pictures were covered with the FES logo.

17. Women advertised on the website fantasyescortservice.com and women advertised on @fantasysescorts on Twitter have the same pictures and names. All the women advertised on the FES website have listed locations of availability. All the listings of availability for the women advertised on the FES website and FES twitter account match or show availability in the same area in both locations. Many of these women are advertised to travel to multiple states on the website. An escort identified as "Eve" was advertised in the following manner on the FES website; "Based in the greater Nashville area and available to travel for overnights now to Memphis, Huntsville, Lexington & Louisville, Knoxville, Cape Girardeau or ??"  An escort identified as "Chastity" is advertised as "based near Indianapolis and available to Columbus IN, Bloomington IN, Muncie, Richmond, FT Wayne, Louisville KY & Cincinnati OH." The

following women are advertised on the FES website to be available in multiple states: "Jewel", "Sara," "Cory," "Jade," "Morgan," "Ginger," "Cameron," "Melissa," "Farrah," "Eve," "Chastity," "Amanda," "Lindsey Rose," "Grace," and "Rochelle." Several more women are listed as available for "tours", and the website states "most Fantasy Escorts tour to different cities every few weeks."

18. Legal process was served to Twitter, Inc. on January 31, 2020 requesting basic subscriber information for account @fantasysescorts. Results were returned and analyzed by the government and found the account to be associated with email address fantasysescortservice@gmail.com, and phone number 859-552-4063. Subscriber information obtained from a search warrant for account @fantasysescorts, also revealed the account was consistently accessed by IP address 74.134.73.13. Search warrant results showed specific dates and times the account was accessed and the IP address associated the login. IP address 74.134.73.13 was shown to be the IP address of a login on January 1, 2020. The provider for the listed IP address was identified to be Charter Communications, Inc. and a subpoena was issued for basic subscriber information associated with the IP address on April 27, 2020. The FBI received a return on the subpoena on May 26, 2020, stating the subscriber associated with the IP address between January 1, 2020 and January 2, 2020 to be MICHAEL COMBERGER of 3289 Royal Troon Rd, Lexington, KY, phone number 859-552-4063.

19. Legal process was served to Sprint, Inc. on January 31, 2020 requesting basic subscriber information for telephone number 859-552-4063. The phone number, in addition to being listed as the phone number associated with the @fantasysescorts Twitter account, was provided by CW1 as the main point of contact for FES. The telephone number was registered to Michael Allan Comberger of 3289 Royal Troon Road, Lexington, KY.

20. Legal process was served to Google, Inc. on April 1, 2020 requesting basic subscriber information and toll records for Google Voice number 615-592-6781. 615-592-6781 was identified by CW1, in an anonymous complaint, and is advertised by FES as the main contact number for the escort service. The Google voice number was registered to Michael Allen, associated with email address fantasysescortservice@gmail.com, and listed a recovery telephone number of 859-552-4063. This is the same telephone number registered to Michael Allan Comberger, and the same email address associated with the twitter account @fantasysescorts previously identified.

21. On fantasysescortservice.com it states "you will receive a confirmation e-mail after your screening application has been completed to confirm that your application was delivered successfully. Your Fantasys Client Code will be e-mailed to the address you supplied on the screening form along with instructions on how to activate your Fantasy Client Code along with concise instructions to establish your Fantasy Username for our member forums (free bonus). <- Not required."

22. As stated previously, the Google account fantasysescortservice@gmail.com is registered to a MIKE ALLEN, which is MICHAEL COMBERGER, who operates and uses the account. COMBERGER shows his use of the account on several occasions such as an email in November 2013 which he states is from MICHAEL COMBERGER "in quaint little Lexington KY.", and gives the phone number 859-552-4063. In January 2014 he listed his full name, address, phone number, and picture of his driver's license. On another occasion he again gave his full name and personal bank account at 5/3 Bank in November 2017. In response to an inquiry from a woman as to his address he responds "3289 Royal Troon rd. Lexington ky 40509." This address has been the primary residence for COMBERGER since July 2003. And as recently as

April 2020 an email was sent from Zoom concerning his new account, and the email stated "Welcome Michael Comberger."

23. COMBERGER appears to have several people working with him to operate FES. One such individual is ROBERT BROW. Through toll records, a pen register trap and trace order, and email correspondence, law enforcement has learned that BROW has been in frequent contact with COMBERGER. The email contact associated with BROW is sentinel@kentuckescorts.net, and is frequently on the distribution list for emails concerning potential clients of FES. BROW is also mentioned by some of the women that appear to have provided commercial sex services for FES, such as Johnalyn Dawson, who stated in an email in February 2016, "I wondered if Rob was still around. I remember a couple years ago a detective or investigator tried to get a hold of me for questioning about his service. It was thru email, and I guess they found my info when they seized his computer. Or so they said...I never did reply, but I figured Rob was busted and probably in jail or something."

24. The clientele of FES was described by COMBERGER in an email to an individual seeking to work for FES:

> "OUR (not everyone's mind you-OURS) target audience are well educated, married, white collar professionals exclusively, of all races. They are almost all in some profession that requires licensing of some sort (i.e. Doctors, surgeons, attorneys, Judges, etc) almost all of them make in excess of $100,000 a year and so on". He continued to describe the FES clients as "White collar professionals that have a Career, MARRIED-(over 30 only), and mostly in their late 40's, 50's aren't effected by the ups & downs of the economy, have plenty of "expendable income" and will only do business with you if your standards meet, or exceed their own. That means personality too of course."

FES required all clients to supply personal information in order to perform a back ground investigation in to the potential client. 598 such applications were found on the FES email account, with the majority found on the account from November 2018 to April

2020. Prior to that time period applications were not automatically sent to

fantasyescortservice@gmail.com.

      25. The employees of FES were described by COMBERGER as:

      "We're known for sizes 00-3/4 here and it's in our advertising for the last 20 years and that's how we're able to pull our prices." He later stated "98% of the girls here are in college, are an average of a size 3 and mostly (here) are medical students. Apparently my stringent requirements happen to fit that particular mind set (it wasn't intended-I just got lucky)-who goes to Med school and that is precisely the kind of "girl next store" our clientele find appealing.

      I do not have Any girls full time. I won't hire one that doesn't either have an existing "day job", or isn't a student. The only exception I make is women with children (because I was a single Father & was raised by a single Mother-so I see it as taking care of my own, so to speak & giving them the opportunities that my stripper Mother Didn't) and they still have to have excellent bodies. Otherwise I can't give them away. Thats why I do so much tasteful nudity on my website. So my clients. Or prospective clients can compare mine to everyone else's."

On the FES Google account there were over 570 applications and correspondence with women seeking employment. The majority of the women were denied or appeared to be denied, for others their status was uncertain due to a lack of official confirmation in email when a woman was hired.

      26. On July 22, 2020, COMBERGER was seen leaving his residence at 3282 Royal Troon Rd., Lexington, KY, and picking up an UNKOWN FEMALE (UF) at an apartment complex in Lexington, KY. The exact residence is not known, but UF came from either 252 E. High Street or 256 E. High Street, Lexington, KY. With UF in the vehicle, COMBERGER drove to the Red Roof Inn in Bowling Green KY. UF and COMBERGER entered room 226, and COMBERGER left after a short period of time. After COMBERGER left, a Grey 2006 Infinity, Kentucky license plate 7940FR, registered to PAUL LEE of 765 Meeks Rd., Oakland, KY, arrived. From toll records received for COMBERGER's telephone, he was in communication

with phone number 270-784-0704, associated with LEE. From driver's license information, LEE is described as a white male. The grey Infinity parked and a white male left the vehicle and entered room 226. Two hours after entering the room, a white male exited the room and left the hotel in the grey Infinity. COMBERGER returned shortly after the white male left and UF entered his vehicle and they left north bound towards Lexington.

27. A review of the evidence shows COMBERGER is using 3289 Royal Troon Rd. as his primary residence, to meet with and store items for women employed by FES, and the only location known to Law Enforcement used by FES. The area surrounding 3289 Royal Troon Rd. has proved difficult to perform surveillance due to it being a small neighborhood. Royal Troon Road forms a circle around Birkdale Drive, and Birkdale Drive is the only entrance and exit to the neighborhood. These conditions make surveillance difficult as a new vehicle in the area within eyesight of 3289 Royal Troon Rd. can easily be identified.

28. The property at 3289 Royal Troon Rd., Lexington, Kentucky is described as a two-story residence.  The utility pole to be utilized is further identified as a legal LG&E/KU Pole which is located near 3289 Royal Troon Rd., Lexington, Kentucky.  This pole is controlled by LG&E/KU.  The area in which the pole camera will be placed is open to the public and any person walking along Royal Troon Rd. would be in close proximity to the pole. The utility pole is set in a public area and the view from the pole camera will not materially differ, in terms of access, from that of a person viewing the scene from the public area. The front of 3289 Royal Troon Rd. is not surrounded by a fence or any other obstruction to prevent viewing by the general public of the activities occurring in and around the front of the residence.  The requested video surveillance camera (pole camera) will be used to monitor, capture, record and review the activity, open to public view, occurring at or near the front of 3289 Royal Troon Rd., Lexington,

Kentucky, including the comings and goings of COMBERGER and others. What the camera will capture is observable by the public as there is no privacy fence or any other obstruction protecting the area that will be observed. This activity could potentially be used to further support evidence of activities pertaining to this investigation. The requested pole camera will not record inside any dwellings nor will it record any audio of conversations.

29. The authorization for the camera will show the frontal view of the residence, which will include the front door and partial driveway to the residence. The video surveillance footage may also be used to develop potential co-conspirators.

30. Even though no warrant is required, the United States requests that the Court issue an order, at the request of LG&E/KU, to allow for installation of the pole camera on the utility pole identified herein.

31. The surveillance camera will not have the ability to record audio. The surveillance camera will only view what is visible with the naked eye from the public area at the residence.

32. Officers of LG&E/KU have the ability and technical expertise to install on the utility pole the requested video camera(s) and signal communication devices, including accompanying supporting equipment and electrical power source(s).

33. The LG&E/KU pole will be located facing 3289 Royal Troon Rd., Lexington, Kentucky. This area is open to the public and any person walking along the side of the road would be in very close proximity to the pole. The device will capture video and upload that video to a secure internet connection monitored by law enforcement.

34. The surveillance equipment will be utilized to obtain video images of the foot and vehicle traffic near the residence for the purpose of observing the above described activity.

35. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation. Moreover, redaction of these documents is not feasible because the majority of information contained in these documents would reveal the nature and targets of the investigation and again, potentially, jeopardize the investigation if made public.

**WHEREFORE**, it is respectfully requested that this Court grant an order, which:

(A) authorizes the installation and use for sixty (60) days of surveillance cameras and other equipment necessary for its operation on a utility pole maintained by LG&E/Kentucky Utilities, located near 3289 Royal Troon Rd., Lexington, Fayette County, Kentucky. The surveillance cameras shall not record audio;

(B) orders that LG&E/Kentucky Utilities and its agents and employees make no disclosure of the existence of the application and order for the installation of this surveillance camera and accompanying equipment for a period of one year or until authorized to do so by this Court; and

(C) seals this Application and the Court's orders for one year from approval of this application.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

This the 31st day of July, 2020.

Respectfully submitted,

**Signed remotely per FRCP 4.1. See addendum.**　　**Signed remotely per FRCP 4.1. See addendum.**
Isaac Robison　　　　　　　　　　　　　　　　Erin Roth
FBI Special Agent　　　　　　　　　　　　　　Assistant United States Attorney

Subscribed and sworn to me, this the __31st__ day of _____July_____, 2020.

_____
HONORABLE MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE